No. 96–6110. PETERSON v. CHATER, COMMISSIONER OF SOCIAL SECURITY. C. A. 9th Cir. Certiorari denied.

No. 96–6117. LOEWE v. ROGERS. C. A. 8th Cir. Certiorari denied.

No. 96–6223. AJUGWO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–6225. SILVERS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 96–6238. NEUTON v. CITY NATIONAL BANK (two judgments). Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 96–6305. ORME v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 96–6306. SLATON v. ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 96–6416. OKEN v. MARYLAND. Ct. App. Md. Certiorari denied.

No. 96–6552. O'GUINN v. DUTTON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 96–6559. STRONG v. GLENDENING, GOVERNOR OF MARYLAND, ET AL. C. A. 4th Cir. Certiorari denied.

No. 96–6560. GLENDORA v. MALONE ET AL. C. A. 2d Cir. Certiorari denied.

No. 96–6568. MORTON v. BOLDEN ET AL. C. A. 6th Cir. Certiorari denied.

No. 96–6571. HUNT v. NORTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 96–6574. PATEL v. SINGER ET AL. Ct. App. Ind. Certiorari denied.

No. 96–6577. MARIN v. NORTON, ATTORNEY GENERAL OF COLORADO, ET AL. C. A. 10th Cir. Certiorari denied.